UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MACROTECNIC INTERNATIONAL
CORPORATION,

                        Plaintiff,

          -against-

REPUBLIC OF ARGENTINA,

                        Defendant.

------------------------------------------------------------ x

02-CV-5932 (LAP)

**ORDER OF SATISFACTION OF JUDGMENT AND DISMISSAL**

     WHEREAS, on June 2, 2003, the Court entered a final judgment, ECF No. 20, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiff Macrotecnic International Corporation, with respect to plaintiff's beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

     WHEREAS, plaintiff sold, and accordingly no longer holds any interest in, the Bonds that are subject of the above-captioned case;

     WHEREAS, the Court retains ancillary jurisdiction, even after dismissal of plaintiff's claims against the Republic, to adjudicate collateral matters in this action such as attorneys' fees.

     NOW, THEREFORE, full satisfaction of plaintiff's Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

NOW, THEREFORE, the Clerk of the Court is hereby authorized and directed to make an entry of full dismissal of the claims against the Republic with prejudice on the docket.

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated: July 10, 2018